Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Chrome Hearts, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS, LLC, a Delaware Limited Liability Company,<br><br>         Plaintiff,<br>    vs.<br><br>AFFLICTION, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>         Defendants. | CASE NO. CV 09-7780 DMG (AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>**[JS6]** |

**IT IS HEREBY ORDERED** that this entire action be dismissed *with prejudice*. Each party shall bear their own attorneys' fees and costs associated with this action. The jurisdiction of this Court will be retained for purposes of enforcing the parties' settlement agreement entered with regards to this action.

**IT IS SO ORDERED.**

DATED:   August 12, 2010

_____
Hon. Dolly M. Gee
**United States District Judge**

1
**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**